# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-62491-Civ-COOKE/GOODMAN

P AND P IMPORTS LLC,
*a California limited liability company,*

      Plaintiff,

vs.

OJCOMMERCE, LLC,
*a Delaware limited liability company, et al.,*

      Defendants.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** ***with prejudice*** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* Joint Stipulation of Dismissal with Prejudice, ECF No. 45. The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of July 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*